FRANK WORK et al., Appellants, *v.* DUDLEY TIBBITS, Impleaded, etc., et al., Respondents.

(Argued April 11, 1892; decided April 26, 1892.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made November 13 1891, which reversed an order denying a motion to vacate and set aside a judgment recovered by the plaintiffs herein, and directed that such judgment should be set aside as to the defendant Tibbits unless plaintiffs would consent to deduct from their judgment $4,538.75, in which case the order is affirmed.

*F. F. Marbury* for appellants.

*Esek Cowen* for respondents.

Agree to affirm ; no opinion.
All concur.
Order affirmed.

---

LUZ DIAZ GOVIN, Respondent, *v.* LUCIANA GOVIN MIRANDA et al., Appellants.

(Argued April 11, 1892; decided April 26, 1892.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made February 18, 1892, which reversed an order of Special Term denying a motion by plaintiff to set aside an order requiring her examination before trial.

*Edward K. Jones* for appellants.

*Benjamin N. Cardozo* for respondent.

Agree to dismiss appeal ; no opinion.
All concur.
Appeal dismissed.